United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 17–11739–MB
William Reingold                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: kogierC          Page 1 of 1          Date Rcvd: Aug 09, 2017
                             Form ID: pdf042         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db            +William Reingold,   4637 Willis Ave #108,   Sherman Oaks, CA 91403-2647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
          Elizabeth (SV) F Rojas (TR)   cacb_ecf_sv@ch13wla.com
          R Grace Rodriguez   on behalf of Creditor Ruchin  Gupta ecf@lorgr.com
          Ronald A Norman   on behalf of Debtor William  Reingold ronaldanorman@sbcglobal.net,
           david@jshoffmanlaw.com
          United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
                                                                         TOTAL: 4

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**R. Grace Rodriguez,**
**21000 Devonshire Street, Suite 111**
**Chatsworth, CA 91311**
**(818) 734-7223 Fax: (818) 338-5821**
**CASBN-196657**
**ECF@LORGR.COM**

FOR COURT USE ONLY

ENTERED
AUG - 9 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

FILED
AUG - 9 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

☒ Attorney for Movant
☐ Movant appearing without an attorney

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**William Reingold**

CASE NO.: **1:17-bk-11739-MB**
CHAPTER:   **7**

### ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (Unlawful Detainer)

DATE:   **August 9, 2017**
TIME:    **10:00 a.m.**
COURTROOM:   **303**
PLACE:   **21041 Burbank Boulevard, Third Flor**
         **Woodland Hills, California  91311**

Debtor(s).

**Movant:**      **RUCHIN GUPTA**

1. The Motion was:        ☐ Opposed  ☑ Unopposed  ☐ Settled by Stipulation

2. This order applies to the following real property (Property):

   Type of property: ☑ Residential ☐ Nonresidential

   *Street Address:*       **4637 Willis Avenue**
   *Unit/Suite number:*    **108**
   *City, State, Zip Code:*   **Sherman Oaks, California  91403**

3. The Motion is granted under:

   a. ☒ 11 U.S.C. § 362(d)(1)

   b. ☒ 11 U.S.C. § 362(d)(2)

   c. ☐ 11 U.S.C. § 362(d)(4).  The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                Page 1                          **F 4001-1.RFS.UD.ORDER**

(1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

(2) ☐ Multiple bankruptcy cases affecting the Property.

(3) ☐ The Court ☐ makes ☐ does not make ☐ cannot make    a finding that the Debtor was involved in this scheme.

(4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order is binding in any other case under this title commenced by or against any debtor who claims any interest in the Property purporting to affect such real property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit ___ to this order.

   c. ☒ Annulled retroactive to the bankruptcy petition date. Any postpetition acts taken by or at the request of the Movant to enforce its remedies regarding the Property, including without limitation entry of any order, judgment or writ, do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to obtain possession of the Property, including lockout, in accordance with applicable nonbankruptcy law, ~~but may not pursue any monetary claim against the Debtor or property of the estate for amounts attributable to the period before the bankruptcy was filed except by filing a proof of claim pursuant to 11 U.S.C. § 501.~~ *(MB)*

6. ☐ Movant shall not cause the Debtor to be locked out before (date) ___.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

10. ☐ This order is binding in any other bankruptcy case commenced by or against any debtor who claims any interest in the Property, or purporting to affect the Property filed not later than 2 years after the date of entry of this order, except that a debtor in a subsequent case may move for relief from this order based upon changed circumstances or for good cause shown, after notice and hearing.

11. ☒ This order is binding and effective in any ~~bankruptcy commenced by or against the Debtor for a period of 180 days from the hearing of this Motion.~~ *(MB)*

12. ☒ This order is binding and effective in any bankruptcy commenced by or against any debtor who claims any interest in the Property for a period of 180 days from ~~the hearing of this Motion.~~ *6/30/17*

   a. ☐ without further notice.

   b. ☒ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

13. ☒ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion.

   a. ☐ without further notice.

   b. ☒ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

14. ☐ Other (*specify*): ___

###

*Martin R. Barash*
*United States Bankruptcy Judge*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.